**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA C. NAVARINO,**

        **Plaintiff,**

**-vs-**           Case No.  6:05-cv-1856-Orl-KRS

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**     **MOTION TO WITHDRAW MOTION TO DISMISS DUE TO UNTIMELINESS OF COMPLAINT (Doc. No. 13)**
>
> **FILED:**     **March 23, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:**     **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (Doc. No. 9)**
>
> **FILED:**     **March 9, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2006.

                    *Karla R. Spaulding*
                    KARLA R. SPAULDING
                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties